

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00413-CV

Samuel Reyna **MONTALVO** and Danco Construction, Inc.,
Appellants

v.

Michelle **GIBBONS**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI23307
Honorable Angelica Jimenez, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's opinion of this date, this appeal is REVERSED AND REMANDED. Costs of appeal are taxed against the parties who incurred them.

SIGNED August 27, 2025.

_____
H. Todd McCray, Justice